IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 14-cv-1871 |
| v. | ) Hon. Ronald A. Guzman |
| DALTON MEDICAL CORP., a Texas corporation, | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Date: June 24, 2014

Respectfully submitted,

AL AND PO CORPORATION,
individually and on behalf of all others similarly situated

By: *s/ Joseph J. Siprut*
    One of the Attorneys for Plaintiff
    And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 24th day of June, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*s/ Joseph J. Siprut*
Joseph J. Siprut

4838-3026-6139, v. 1