## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                      Plaintiff,

v.                                                       Case No.: 1:14–cv–01871
                                                                     Honorable Ronald A. Guzman

Dalton Medical Corp.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to notice of voluntary dismissal [20], pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ordered that this case is hereby dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.